# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## McALLEN DIVISION

| | | |
|---|---|---|
| JACQUELINE G. MARTINEZ | § | |
| vs. | § | **Civil Action Number 7:21-CV-450** |
| FAMSA FINANCIAL, INC. | § | |

PURSUANT to the Court's Order of February 2, 2022, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, **FAMSA FINANCIAL, INC.** on February 2, 2022.

NATHAN OCHSNER
Clerk

By  /s/
 Karen Lopez, Deputy Clerk

cc: Famsa Financial, Inc.
 c/o Registered Agent
 Maria De Jesus Rosas
 2655 Villa Creek Dr., Suite 250
 Farmers Branch, TX 75234