United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JACQUELINE G. MARTINEZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00450 |
| | § | |
| FAMSA FINANCIAL, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers "Plaintiff's Status Report."[1] On February 1, 2022, Plaintiff filed a motion for Entry of Clerk's Default.[2] On February 2, 2022, the Clerk entered a default against Defendant[3] and the Court ordered the parties to appear for a status conference on March 21, 2022.[4] Plaintiff now avers that she "intends on filing a motion for default judgment by March 25, 2022 if Defendant does not appear and vacate the entry of default by then."[5] Accordingly, the Court hereby **CONTINUES** the status conference currently set for March 21, 2022 to **April 19, 2022 at 9 a.m.** and **ORDERS** Plaintiff to file a status report no later than **April 8, 2022**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of March 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.
[2] Dkt. No. 13.
[3] Dkt. No. 16.
[4] Dkt. No. 15.
[5] Dkt. No. 17 at 2.