UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JACQUELINE G. MARTINEZ,<br><br>  Plaintiff,<br><br>v.<br><br>FAMSA FINANCIAL INC.,<br><br>  Defendant. | Case No. 7:21-cv-00450 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JACQUELINE G. MARTINEZ and the Defendant FAMSA FINANCIAL INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 31, 2022                             Respectfully Submitted,

JACQUELINE G. MARTINEZ
*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

FAMSA FINANCIAL INC.,
*/s/ Richard G. Garza*
Richard G. Garza
State Bar. No. 07737200
S.D. Texas ID. No. 10165
JACKSON WALKER L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
(210) 978-7700
(210) 978-7790 – Fax
Email: rgarza@jw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certify that on May 31, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.